# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. 1:05CR561 |
| ) | |
| Plaintiff, ) | JUDGE CHRISTOPHER A. BOYKO |
| ) | |
| vs. ) | |
| ) | |
| OTTO WESTFIELD, ) | |
| ) | AMENDED ORDER |
| Defendant. ) | |

The Court amends its previous Order for a Competency Examination as to Defendant issued on January 25, 2006:

IT IS ORDERED that a psychiatric and/or psychological examination of the defendant according to 18 U.S.C. § 4241(b) is conducted by the Bureau of Prisons at FMC Butner, and that a report on the same be submitted to the Court and served on counsel of record (Assistant United States Attorney Joseph P. Schmitz, Carl B. Stokes U.S. Courthouse, 801 W. Superior Avenue, Cleveland, Ohio 44113, and Assistant Federal Public Defender, Carlos Warner, 1660 West Second Street, Suite 750, Cleveland, Ohio 44113) pursuant to 18 U.S.C. 4247(c).

FURTHER ORDERED that such examination shall be conducted no later than **July 10, 2006 and the report shall be sent to the Court and counsel no later than July 17, 2006.**

FURTHER ORDERED that the U.S. Marshals shall make appropriate arrangements to have the defendant transferred under custody to the FMC Butner where such examination of the defendant shall be conducted;

FURTHER ORDERED that a competency hearing shall be scheduled in this matter after the results of the defendant's examination have been submitted to defense counsel;

FURTHER ORDERED that the defendant shall continue to receive, while in federal custody, all necessary medications currently prescribed to him; and

FURTHER ORDERED that all pretrial conferences, the deadline for plea agreements, the trial, and all trial related deadlines are continued without prejudice to Mr. Westfield until the completion of the defendant's assessment.

The deputy clerk shall issue this Order via facsimile to the attention of Lorelei Lema, Federal Bureau of Prisons, Health Services Division, at (202) 307-3800.

IT IS SO ORDERED.

*Christopher A. Boyko*
CHRISTOPHER A. BOYKO
United States District Judge

DATE: April 6, 2006